CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 07 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 5:10CR00002** |
| | ) | **(CASE NO. 5:17CV81276)** |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **TRAVIS NICODEMUS GRADY,** | ) | |
| | ) | **By: Hon. Glen E. Conrad** |
| **Defendant.** | ) | **United States District Judge** |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that the defendant's motion to vacate, set aside or correct the sentence under 28 U.S.C. § 2255 is hereby **DISMISSED** without prejudice as successive under § 2255(h), and the clerk will close the § 2255 action. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is **DENIED**.

ENTER: This 7th day of November, 2017.

_____
United States District Judge