AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
December 12, 2024
Laura A. Austin, Clerk
BY: *K. Lokey*
DEPUTY CLERK

United States of America )
v. )
)
) Case No: 5:10-cr-2
) USM No: 14361-084
Date of Original Judgment: 10/06/2010 )
Date of Previous Amended Judgment: ) Erin Trodden
*(Use Date of Last Amended Judgment if Any)* *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __262__ months **is reduced to** __240__.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __10/06/2010__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 12/12/2024

*Robert S. Ballou*
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Robert S. Ballou, United States District Judge
*Printed name and title*